600 A.2d 470
IN THE MATTER OF SIEGFRIED W. STEELE,
AN ATTORNEY AT LAW.

January 17, 1992.

## ORDER

SIEGFRIED W. STEELE of LAKEWOOD, who was admitted to the bar of this State in 1960, having pleaded guilty to filing a false and fraudulent state income tax return in violation of *N.J.S.A.* 54:52–10, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), SIEGFRIED W. STEELE is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.